**Not for Publication in West's Federal Reporter**

# United States Court of Appeals
## For the First Circuit

No. 11-2055

MAKHMUDBEK TAHIROVICH RADJABOV,

Petitioner,

v.

ERIC HOLDER JR., United States Attorney General,

Respondent.

PETITION FOR REVIEW OF AN ORDER
OF THE BOARD OF IMMIGRATION APPEALS

Before
Boudin, Hawkins,[*] and Thompson,
<u>Circuit Judges</u>.

<u>Saher Macarius</u>, <u>Philip H. Mantis</u>, and <u>Audrey Botros</u>, on brief for Petitioner.
<u>Tony West</u>, Assistant Attorney General, Civil Division, <u>Jennifer Paisner Williams</u>, Senior Litigation Counsel, and <u>Tiffany L. Walters</u>, Attorney, Civil Division, U.S. Department of Justice, Office of Immigration Litigation, on brief for Respondent.

August 30, 2012

---

[*] Of the Ninth Circuit, sitting by designation.